IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORFOLK PUBLIC SCHOOLS,<br><br>                Plaintiff,<br><br>vs.<br><br>AMERICAN GUARANTEE AND<br>LIABILITY INSURANCE COMPANY,<br><br>                Defendant. | **8:16CV226**<br><br>**ORDER** |

      After conferring with counsel,

      IT IS ORDERED:

      1)    Any motion to compel compliance with a subpoena served on NKA shall be filed on or before December 2, 2016.

      2)    On or before December 7, 2016, the parties shall send (by email to zwart@ned.uscourts.gov) or file a summary of their ongoing discovery disputes.

      3)    A telephonic conference with the undersigned magistrate judge will be held on December 9, 2016 at 12:00 p.m. (noon) to discuss any discovery disputes identified in the parties' December 7, 2016 submission. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 20), to participate in the call.

      4)    A telephonic conference with the undersigned magistrate judge will be held on February 7, 2017 at 1:30 p.m. to discuss the outcome of mediation and, if necessary, to set a further case progression schedule. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 20), to participate in the call.

      5)    The trial and pretrial conference dates are set aside, and all unexpired deadlines in the court's final progression order, (Filing No. 19), are stayed pending further order of the court.

      November 22, 2016.                              BY THE COURT:

                                                              *s/ Cheryl R. Zwart*
                                                              United States Magistrate Judge