IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORFOLK PUBLIC SCHOOLS, | |
| Plaintiff, | 8:16-CV-226 |
| vs. | |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, | JUDGMENT |
| Defendant. | |

On the parties' Joint Stipulation of Dismissal (filing 49), this action is dismissed, with prejudice, each party to pay its own costs.

Dated this 10th day of March, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge